COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: UNION PACIFIC COMPANY AND WANDA HECKEL, | § | No. 08-14-00141-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Respondents. | § | IN MANDAMUS |
|  | § |  |

# O R D E R

The Court GRANTS the Real Party in Interest's third motion for extension of time within which to file the response until **July 11, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATORS' PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Victor Jacob Bieganowski, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before July 11, 2014.

IT IS SO ORDERED this 2nd day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.